# In the United States Court of Federal Claims

No. 17-899C

(Filed: December 3, 2019)

|  |  |
|---|---|
| ENTERGY ARKANSAS, INC. and SYSTEM FUELS, INC., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| UNITED STATES, | ) ) ) |
| Defendant. | ) ) ) |

## ORDER

The parties have informed the court that defendant has made an offer of judgment. In light of that development, a status conference will be held telephonically at 2:30 p.m. EST on December 4, 2019. The court will initiate the call.

It is so **ORDERED**.

s/ Charles F. Lettow
Charles F. Lettow
Senior Judge